# Court of Appeals
# of the State of Georgia

ATLANTA,  October 22, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0471. NICHOLAS STEWART v. REBECCA WOODWARD.**

Nicholas Stewart appeals directly to this Court from the trial court's order directing him to be incarcerated for contempt of a child support order and denying his motion to dismiss. Because this case involves the collection of child support, it is a domestic relations matter within the meaning of OCGA § 5-6-35 (a) (2). See *Collins v. Davis*, 318 Ga. App. 265, 266 (1) (733 SE2d 798) (2012), overruled in part on other grounds by *Voyles v. Voyles*, 301 Ga. 44, 47 n. 5 (799 SE2d 160) (2017); *Smoak v. Department of Human Resources*, 221 Ga. App. 257 (471 SE2d 60) (1996). Appeals in such matters must be taken by application for discretionary appeal. See *Smoak*, 221 Ga. App. at 257. Stewart's failure to follow the appropriate appellate procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/22/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*